# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-1670V

|  |  |
|---|---|
| ALINA DENNIS, | Chief Special Master Corcoran |
| Petitioner, | Filed: February 12, 2026 |
| v. |  |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Brian Lee Burchett, Burchett Law Firm, San Diego, CA, for Petitioner.*

*Joseph Douglas Leavitt, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On September 28, 2023, Alina Dennis filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury related to vaccine administration ("SIRVA") resulting from an influenza vaccine received on October 1, 2020. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 1, 2025, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On February 12, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $70,000.00. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $70,000.00 (in pain and suffering), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

ALINA DENNIS,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

No. 23-1670V (ECF)
Chief Special Master Corcoran

## PROFFER ON AWARD OF COMPENSATION[1]

On September 28, 2023, Alina Dennis ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), as amended, alleging that she sustained a Shoulder Injury Related to Vaccine Administration ("SIRVA") following receipt of an influenza ("flu") vaccination administered on October 1, 2020.  Petition at 1 (ECF No. 1).  On August 9, 2024, the Secretary of Health and Human Services ("respondent") filed his Rule 4(c) Report arguing that compensation was not appropriate in this case.  ECF No. 20.  Thereafter, on October 3, 2024, petitioner filed a Motion for Ruling on the Record.  ECF No. 26.  Respondent responded on November 18, 2024, and petitioner replied on November 21, 2024.  ECF No. 27, 28.   On December 1, 2025, the Chief Special Master issued a Ruling on Entitlement, finding that petitioner is entitled to vaccine compensation for SIRVA following the flu vaccine she received on October 1, 2020.  ECF No. 30.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

**I.     Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded

**$70,000.00** in pain and suffering.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

This amount represents all elements of compensation to which petitioner is entitled under

42 U.S.C. § 300aa-15(a).  Petitioner agrees.

**II.     Form of the Award/Recommended Payment**

The parties recommend that compensation provided to petitioner should be made through

one lump sum payment as described below and request that the Chief Special Master's decision

and the Court's judgment award the following:[2]

> A lump sum payment of **$70,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Alina Dennis.

> Petitioner is a competent adult.  Proof of guardianship is not required in this case.

> Respectfully submitted,
>
> BRETT A. SHUMATE
> Assistant Attorney General
>
> JONATHAN D. GUYNN
> Acting Director
> Torts Branch, Civil Division
>
> HEATHER L. PEARLMAN
> Deputy Director
> Torts Branch, Civil Division
>
> VORIS E. JOHNSON
> Assistant Director
> Torts Branch, Civil Division

---

[2]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

s/*Joseph D. Leavitt*
JOSEPH D. LEAVITT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
(202) 880-0390
joseph.leavitt@usdoj.gov

Dated: February 12, 2026